IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | ) | 1:12-cv-456 AWI DLB |
| | ) | |
| | ) | ORDER CLOSING CASE |
| Plaintiff, | ) | |
| vs. | ) | |
| FUTURE GROUP LLC, | ) | |
| Defendants. | ) | |

On August 1, 2012, an order was filed and electronically served. See Doc. No. 17. The Order adopted a Findings and Recommendation, except with respect to attorney's fees. The Court determined that the Plaintiff had not adequately established the reasonableness of the fees requested. See id. The Court did not deny Plaintiff's request for attorney's fees with prejudice. See id. Instead, the Order provided:

> 5. Plaintiff may file additional evidence, consistent with the above analysis and discussion, in support of its request for attorneys fees within fourteen (14) days of service of this order; and
>
> 6. The failure to timely file additional evidence will result in the withdrawal of leave to file additional evidence and the closing of this case without further notice.

Thus, Plaintiff was required to submit additional evidence on the issue of attorney's fees no later than August 15, 2012. Plaintiff has made no further filings.

1

1    Given the warnings in the August 1 Order, and the failure of the Plaintiff to submit
2 additional evidence, the Court concludes that Plaintiff no longer wishes to pursue attorney's
3 fees. The Court withdraws the leave to file additional evidence, and will direct the Clerk to
4 close this case.

6    Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case.
7 IT IS SO ORDERED.

8 Dated:      August 16, 2012                              /s/
9                                             CHIEF UNITED STATES DISTRICT JUDGE